The sentence is for 13 years, instead of indeterminate. It is ordered reformed and affirmed.

---

HEIDELBERG v. STATE. (No. 3210.)

(Court of Criminal Appeals of Texas. Oct. 14, 1914.)

CRIMINAL LAW (§ 1097*) — APPEAL — STATEMENT OF FACTS—NECESSITY.

The sufficiency of the evidence to sustain a conviction cannot be reviewed, where no statement of facts accompanies the record.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from District Court, Newton County; A. E. Davis, Judge.

Cal Heidelberg was convicted of murder, and he appeals. Affirmed.

See, also, 159 S. W. 1187.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of murder, and his punishment assessed at 12 years' confinement in the state penitentiary. The only ground in the motion for a new trial complains of the insufficiency of the evidence. As no statement of facts accompanies the record, this ground cannot be reviewed.

The judgment is affirmed.